United States Bankruptcy Court
Southern District of Florida

In re:  Case No. 25-12408-PDR
Milton R Nicholls  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0     User: admin     Page 1 of 2
Date Rcvd: Mar 07, 2025     Form ID: pdf008     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Milton R Nicholls, 4313 Whitewater Avenue, Weston, FL 33332-2412 |
| 97871419 | + | Bank of America, Aldridge Pite, 5300 West Atlantic Avenue, #303, Delray Beach, FL 33484-8141 |
| 97871422 | + | GenesisCare USA of Florida, P.O. Box 947152, Atlanta, GA 30394-7152 |
| 97871423 | + | Hilton Resorts Corp/Orlando Vacation Sui, Attn: Bankruptcy, 3575 Las Vegas Blvd S, Las Vega, NV 89109-8919 |
| 97871424 | + | Ophthalmogy Associates of S. Florida, 3100 Coral Hills Dr, #206, Coral Springs, FL 33065-4139 |
| 97871425 | + | Sandra Miller-Sheriff DMD, 9720 Stirling Road, #211, Cooper City, FL 33024-8015 |
| 97871428 | + | US Bank National, K&L Gates, LLP, 200 S. Biscayne Blvd, #3900, Miami, FL 33131-2370 |
| 97871429 | + | Wells Fargo Bank, Brock & Scott, PLLC, 2001 NW 64 Street, #130, Fort Lauderdale, FL 33309-1855 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: swulfekuhle@broward.org | Mar 07 2025 23:16:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1801 |
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | Mar 07 2025 23:16:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| 97871417 | + | Email/PDF: bncnotices@becket-lee.com | Mar 07 2025 23:51:31 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 97871418 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 07 2025 23:15:00 | Bank of America, Attn: Bankruptcy Dept, Po Box 26012, Greensboro, NC 27420-6012 |
| 97871420 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2025 02:03:11 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 97871421 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2025 02:03:11 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 97871426 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Mar 08 2025 01:05:30 | SoFi Lending Corp, P.O. Box 654158, Dallas, TX 75265-4158 |
| 97871427 | | Email/Text: bankruptcy@td.com | Mar 07 2025 23:19:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 07, 2025 | Form ID: pdf008 | Total Noticed: 16 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John D. Bristol | on behalf of Debtor Milton R Nicholls courts@jbristol.com jbct2012@gmail.com,lawofficeofjohnbristol@jubileebk.net |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robin R Weiner | auto-forward-ecf@ch13weiner.com |

TOTAL: 3

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

■ MMM _____  Original Plan

☐ _____  Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____  Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Milton Nicholls _____  JOINT DEBTOR: _____  CASE NO.: _____

SS#: xxx-xx- 8336  SS#: xxx-xx- _____

**I.   NOTICES**

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ■ Included | ☐ Not included |

**II.   PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE**

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,860.00 for months 1 to 60 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| | | | |
|---|---|---|---|
| Total Fees: $6,100.00 | Total Paid: $2,000.00 | Balance Due: $4,100.00 | |
| Payable $2,050.00 /month (Months 1 to 2 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
Additional $2600.00 Mortgage Modification Mediation

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

**III.   TREATMENT OF SECURED CLAIMS**   ☐ NONE

A. **SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: US Bank National/Wells Fargo Bank

Address: c/o Brock & Scott, PLLC
2001 NW 64 Street, #130
Ft. lauderdale, Fl. 33309

| Arrearage/ Payoff on Petition Date | Mortgage Modification Mediation Requested | | |
|---|---|---|---|
| MMM TPP Temporary Payment | $550.00 | /month (Months 1 to 2 ) |
| MMM TPP Temporary Payment | $2,600.00 | /month (Months 3 to 50 ) |

Last 4 Digits of Account No.: 0000

Other: _____

LF-31 (rev. 04/01/22)                    Page 1 of 4

Debtor(s): Milton Nicholls,     Case number: _____

| ■ Real Property | Check one below for Real Property: |
|---|---|
| ■ Principal Residence | ■ Escrow is included in the regular payments |
| ☐ Other Real Property | ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly |

Address of Collateral:
4313 W. Whitewater Avenue, Weston, Florida 33332

☐ Personal Property/Vehicle

Description of Collateral: _____

    B. **VALUATION OF COLLATERAL:**   ■ NONE

    C. **LIEN AVOIDANCE**   ■ NONE

    D. **SURRENDER OF COLLATERAL:**   ■ NONE

    E. **DIRECT PAYMENTS**   ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Bank of America | 0000 | 4313 W. Whitewater Avenue, Weston, Florida 33332 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   ☐ NONE

    A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

    B. **INTERNAL REVENUE SERVICE:**   ■ NONE

    C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

    D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**   ☐ NONE

    A. Pay   $0.00   /month (Months  1  to  50  )

        Pay   $2,600.00   /month (Months  51  to  60  )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    B. ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C. SEPARATELY CLASSIFIED:   ■ NONE

VI. **STUDENT LOAN PROGRAM**   ■ NONE

VII. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**   ■ NONE

VIII. **INCOME TAX RETURNS AND REFUNDS:**

    ■ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

IX. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Debtor will complete mortgage modification agreement with Wells Fargo Bank in month 50 of bankruptcy plan to allow 100% payment to general unsecured creditors in months 51-60 of the bankruptcy plan

■ Mortgage Modification Mediation

Debtor(s): Milton Nicholls, _____ Case number: _____

1   The debtor has filed a Verified Motion for Referral to MMM with:

US Bank National/Wells Fargo Bank _____ ("Lender")

loan number 000 _____

for real property located at 4313 W. Whitewater Avenue, Weston, Florida 33332 _____

The parties shall timely comply with all requirements of the Order of Referral to MMM and all Administrative Orders/Local Rules regarding MMM. While the MMM is pending and until the trial/interim payment plan or the permanent mortgage modification/permanent payment is established by the parties, absent Court order to the contrary, the debtor has included a post-petition monthly plan payment (a) with respect to the debtor's homestead, of no less than the lower of the prepetition monthly contractual mortgage payment or 31% of the debtor's gross monthly income (after deducting any amount paid toward HOA fees due for the property) and (b) with respect to income producing property, of no less than 75% of the gross income generated by such property, as a good faith adequate protection payment to the lender. All payments shall be considered timely upon receipt by the trustee and not upon receipt by the lender.

Until the MMM is completed and the Final Report of Mortgage Modification Mediator is filed, any objection to the lender's proof of claim on the real property described above shall be held in abeyance as to the regular payment and mortgage arrearage stated in the proof of claim only. The debtor shall assert any and all other objections to the proof of claim prior to confirmation of the plan or modified plan.

If the debtor, co-obligor/co-borrower or other third party (if applicable) and the lender agree to a settlement as a result of the pending MMM, the debtor will file the MMM Local Form "Ex Parte Motion to Approve Mortgage Modification Agreement with Lender" (or Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender) no later than 14 calendar days following settlement. Once the settlement is approved by the Court, the debtor shall immediately amend or modify the plan to reflect the settlement and the lender shall amend its Proof of Claim to reflect the settlement, as applicable.

If a settlement is reached after the plan is confirmed, the debtor will file a motion to modify the plan no later than 30 calendar days following approval of the settlement by the Court and the Lender shall have leave to amend its Proof of Claim to reflect the settlement reached after confirmation of the plan. The parties will then timely comply with any and all requirements necessary to complete the settlement.

In the event the debtor receives any financial benefit from the lender as part of any agreement, the debtor shall immediately disclose the financial benefit to the Court and the trustee and amend or modify the plan accordingly.

If the lender and the debtor fail to reach a settlement, then no later than 14 calendar days after the mediator's Final Report is filed, the debtor will amend or modify the plan to (a) conform to the lender's Proof of Claim (if the lender has filed a Proof of Claim), without limiting the Debtor's right to object to the claim or proceed with a motion to value; or (b) provide that the real property will be "treated outside the plan." If the property is "treated outside the plan," the lender will be entitled to in rem stay relief to pursue available state court remedies against the property. Notwithstanding the foregoing, lender may file a motion to confirm that the automatic stay is not in effect as to the real property.

Confirmation of the plan will be without prejudice to the assertion of any rights the lender has to address payment of its Proof of Claim.

Debtor(s): Milton Nicholls, _____ Case number: _____

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____  _____  _____  _____
           Debtor                      Date                Joint Debtor                  Date
Milton Nicholls

/s/ John D. Bristol, Esq.         _____
_____              Date
Attorney with permission to sign on
Debtor(s)' behalf who certifies that
the contents of the plan have been
reviewed and approved by the
Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

_____

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.