UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                            Case No. 25-122911 BKC-PDR
                                                                  Chapter 13
Milton Nicholls

_____Debtor_____/

**DEBTOR CERTIFICATE OF COMPLIANCE AND REQUEST
FOR CONFIRMATION OF CHAPTER 13 PLAN**

As required under Local Rule 3015-3(B)(2), the debtor in the above captioned matter certifies as follows:

__**XX**__ 1. Payment of all post-petition domestic support obligations (check which paragraph applies).

   A. Since the filing of this bankruptcy, the debtor has not been required by a judicial or administrative order, or by statute to pay any **domestic support obligation** as defined in 11 U.S.C. §101(14A); or

_____ B. The debtor has paid, either directly or to the chapter 13 trustee under the last filed plan, all amounts that are required to be paid under a domestic support obligation and that first became payable after the date of the filing of the petition if the debtor is required by a judicial or administrative order, or by statute, to pay such domestic support obligation.

   2.  The debtor has filed all federal, state and local tax returns required by law to be filed under 11 U.S.C. §1308 for all taxable periods ending during the four year period ending on the date of the filing of the petition commencing this bankruptcy case.

   I declare under penalty of perjury that the information provided in this Certificate is true and correct.

                                                                  _____
                                                                  Debtor's Signature

                                                                  _____
Dated: __04/25/2025__                                             Joint Debtor's Signature (if applicable)
LF-67 ( rev. 12/01/09)