UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                          Case No. 25-12408 BKC-PDR
                                                                Chapter 13

Milton R. Nicholls

_____Debtor_____/

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached Order Granting Debtor's Motion fore Referral to Mortfage Modification Mediation with Wells Fargo Bank [DE#16] and a true copy of the paper which is the subject of the document were served on all parties listed below (or on the attached list(s))* by first Class US mail and Certified US Mail where indicated(*) on this the 5th day of May 2025.

Wells Fargo Bank, c/o Brock & Scott, 3825 Forrestgate Drive, Winston Salem, NC 27103

_____
John D. Bristol
Fla. Bar No. 767425
1776 N. Pine Island Road
Suite 224
Plantation, Florida 33322
J@jbristol.com
(954) 475-2265

*To reflect those parties served electronically, a copy of the court's Notice of Electronic Filing for the referenced Notice of Hearing may be attached to this certificate, in addition to a separate list of parties required to be served by US Mail.

LF-46 (10/17/05)