**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                                                    Case No. 25-12408 BKC-PDR
                                                                                          Chapter 13
Milton R. Nicholls

                    Debtor(s)    /
_____

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE**
**2083-1(B) CLAIMS REVIEW REQUIREMENT**

   The undersigned attorney for the debtor certifies that a review of the claims register and all claims filed in the above reference case has been completed in accordance with local rule 2083-1(B) and that:

1.    XX   No further action is necessary.

2.    ___  The following action has been taken:

      ___  The debtor has filed an objection to the proof of claim filed by:

      _____

      ___  The Debtor has filed a _____ Amended Plan or modified plan to provide
           for the proof of claim filed by_____

      ___  Other: _____

   A copy of this Certificate of Compliance was served on the chapter 13 Trustee via the NEF and the Debtor via US Mail on May 19, 2025

                                        John D. Bristol, Esq.
                                        1776 N. Pine Island Road
                                        Suite 224
                                        Plantation, Florida 33322
                                        Fla Bar # 767425
                                        J@jbristol.com

                                        _____
                                        John D. Bristol, Esq.

LF-76 (rev. 12/01/09)                             Page 1 of  1